SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DVR Lodging, Inc.,<br><br>　　　　　Defendants | Case No.: CIV.S 10-cv-01952-LKK-KJN<br><br>**REQUEST FOR DISMISSAL AND ORDER**<br><br>Complaint Filed: JULY 22, 2010 |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that defendants not yet appearing, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses this action with prejudice.

REQUEST FOR DISMISSAL and ORDER　　　　　　　　　　　　　CIV: S-10-cv-01952-LKK-KJN

1  Dated:  November 20, 2010

2                                                                              DISABLED ACCESS PREVENTS

3                                                                              INJURY, INC.

4

5                                                                              /s/Scott N. Johnson_____

6                                                                              SCOTT N. JOHNSON,
                                                                                Attorney for Plaintiff

7

8

9  **IT IS SO ORDERED**.

10

11  Dated:  November 23, 2010

12

13

14                                    _____
                                           LAWRENCE K. KARLTON
15                                      SENIOR JUDGE
                                           UNITED STATES DISTRICT COURT